**FILED**
**FEB - 4 2008**
U.S. DISTRICT COURT
WHEELING, WV 26003

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

GEORGE LIPSCOMB and RUTH ANN LIPSCOMB,
        Plaintiffs,

v.

BAYER CORPORATION and BAYER HEALTHCARE PHARMACEUTICALS INC.,
        Defendants.

Civil Action No. 5: 08 CV 29

**ORDER**

AND NOW, this 4th day of February, 2008, upon consideration of the **Motion of Defendants Bayer Corporation and Bayer HealthCare Pharmaceuticals Inc. to Permit Withdrawal of Albert G. Bixler, Esquire and Charles F. Forer, Esquire as Counsel**, it is hereby ORDERED THAT

The Motion is GRANTED. It is further ORDERED THAT

The appearances of Albert G. Bixler, Esquire and Charles F. Forer, Esquire are hereby withdrawn as counsel for defendants Bayer Corporation and Bayer HealthCare Pharmaceuticals Inc.

BY THE COURT:

_____
Honorable Frederick P. Stamp, Judge